JACOB A. ZIMMERMANN, Respondent, *v.* T. H. SIMONSON & SON COMPANY, Appellant.

*Zimmermann* v. *Simonson & Son Co.*, 91 App. Div. 612, affirmed.
(Submitted January 25, 1905; decided February 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 13, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Sidney H. Stuart* for appellant.

*Frank M. Avery* and *Edgar J. Phillips* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WALTER BENNETT, Appellant.

*People* v. *Bennett*, 96 App. Div. 625, affirmed.
(Argued January 26, 1905; decided February 21, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 10, 1904, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York, rendered upon a verdict convicting the defendant of the crime of sodomy.

*Charles E. Le Barbier* for appellant.

*William Travers Jerome*, District Attorney (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.